Petition for Writ of Mandamus Denied and Opinion filed April 21, 2003









Petition for Writ of Mandamus Denied and Opinion filed
April 21, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00437-CV

____________

 

IN RE DAIMLERCHRYSLER CORPORATION, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On April 17, 2003, relator filed a petition
for writ of mandamus in this Court.  See
Tex. Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2003); see
also Tex. R. App. P. 52.  Relator also filed a motion for temporary
relief.

We deny relator=s petition for writ of mandamus and
motion for temporary relief.

 

 

PER CURIAM

 

 

Petition Denied
and Opinion filed April 21, 2003.

Panel consists of
Justices Anderson, Seymore, and Guzman.